STATE OF FLORIDA, et al., v. FLORIDA STATE IMPROVEMENT COMMISSION, an agency of the State of Florida.

31 So. (2nd) 555

June Term, 1947

July 22, 1947

Special Division B.

*L. Grady Burton,* for appellant.

*B. A. Meginniss, M. R. McDonald, John U. Lloyd* and *G. Warren Sanchez,* for appellee.

PER CURIAM:

Affirmed by opinion and judgment in case of State of Florida v. Florida State Improvement Commission, on appeal from Suwannee County, this day filed.

THOMAS, C. J., BUFORD and BARNS, JJ., and TAYLOR, Associate Justice, concur.